Montague Lessler, Respondent, v. Eliza De Loynes, Impleaded, etc.,

Appellant.— Motion for reargument granted and case set down for Wednesday, October 2, 1912. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.